FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2015 DEC 28 PM 4: 08

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MICHAEL ORR,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

CASE NO. CV415-300
CR413-064

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 2), to which an objection has been filed (Doc. 4). After a careful de novo review of the record, the Court finds Petitioner's objections without merit. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion. As a result, Petitioner's 28 U.S.C. § 2255 Petition is **DENIED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this **28th** day of December 2015.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA