**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

MICHAEL ORR, )
)
    Petitioner, )
)
v. ) CASE NO. CV415-300
)              CR413-064
UNITED STATES OF AMERICA, )
)
    Respondent. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 9), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion. As a result, Petitioner's Motion to Amend (Doc. 8) is **DISMISSED AS MOOT**. This case remains closed.

SO ORDERED this **30th** day of December 2016.

                                     WILLIAM T. MOORE, JR.
                                     UNITED STATES DISTRICT COURT
                                     SOUTHERN DISTRICT OF GEORGIA